```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |  |
|---|---|---|
| JAMES R. WARD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 05-0663-M |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff James R. Ward.

DONE this 19th day of July, 2006.

```
                         s/BERT W. MILLING, JR.
                         UNITED STATES MAGISTRATE JUDGE
```